**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-18-395 |
| | § | |
| AZILEA OLIVIA PINEDA | § | |
| CARLA SOLIS | § | |

**AMENDED ORDER**

Defendant Azilea Pineda filed a motion for continuance, (Docket Entry No. 44). The government and the codefendant are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | June 17, 2019 |
| Responses are to be filed by: | July 1, 2019 |
| Pretrial conference is reset to**:** | **July 8, 2019 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **July 15, 2019 at 9:00 a.m.** |

SIGNED on April 8, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge